# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 26, 2022

## NO. 03-21-00037-CV

**Judd Kearl, Appellant**

**v.**

**Texas Racing Commission, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on October 23, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal.